**FILED**
AUG 2 0 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA '08 MJ 8752

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No.: |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | 21 U.S.C. § 952 and 960 |
| Samuel CORONADO, | Importation of a Controlled Substance (Felony) |
| Defendant. | |

The undersigned complainant being duly sworn states:

That on or about August 19, 2008, within the Southern District of California, defendant Samuel CORONADO, did knowingly and intentionally import approximately 54.96 kilograms (120.91 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
~~Christina Johnson~~ TIMOTHY L. HENDERSON
Special Agent

Sworn to before me and subscribed in my presence, August 20, 2008.

_____
Peter C. Lewis
U.S. MAGISTRATE JUDGE

**UNITED STATES OF AMERICA**
**v.**
**Samuel CORONADO**

## STATEMENT OF FACTS

This complaint is based on the personal observations, investigation, and information furnished to Immigration and Customs Enforcement Special Agent Christina Johnson.

On August 19, 2008, at approximately 0900 hours, Samuel CORONADO entered the United States from the Republic of Mexico at the Calexico, CA, West Port of Entry. CORONADO was the driver of a white 2000 Chevy Silverado bearing license plate (CA/US) 5R10798.

Primary Customs and Border Protection Officer (CBPO) Equihua received a negative Customs Declaration from CORONADO. CBPO Equihua inquired about CORONADO's destination. CORONADO stated he was going to work in the Imperial Valley. CBPO Equihua inquired about the ownership of the vehicle and CORONADO stated it was his. CBPO Equihua proceeded to inspect the vehicle and noticed that CORONADO appeared to be nervous, avoiding eye contact and being somewhat talkative. CBPO Equihua decided to refer CORONADO to the secondary lot for further inspection.

In secondary, CBPO Bejarano received a negative Customs Declaration from CORONADO. CBPO Bejarano noticed that CORONADO's hand was shaking as he presented his driver's license. CBPO Bejarano requested that CORONADO step out of the vehicle. CBPO Bejarano inspected the bed of the truck and noticed a discrepancy in spacing from the top of the floor bed and the bottom. CBPO Bejarano requested Canine Enforcement Officer (CEO) Parrish utilized his Narcotics Detector Dog (NDD) to screen the vehicle. The NDD alerted to the bed of the truck driven by CORONADO. CEO Parrish advised CBPO Bejarano of the alert. CBPO Bejarano opened the compartment and discovered packages.

A thorough physical search of the vehicle revealed 42 packages concealed in the non-factory compartment in the bed of the truck. A presumptive field test of one of the packages indicated the contents of these packages to be marijuana. The total weight of the packages was approximately 54.96 kilograms (120.91 lbs).

CORONADO was notified of his arrest and advised of his Miranda Rights, which he acknowledged and waived. CORONADO admitted knowledge of the marijuana and stated he was to be paid $1500.00 for the smuggling venture. CORONADO was processed and transported to Imperial County Jail.