AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

I certify that I am admitted to practice in this court.

|  |  |
|---|---|
| Date | /s/ ERICA K. ZUNKEL |
|  | Signature |
|  | Print Name / Bar Number |
|  | Address |
|  | City / State / Zip Code |
|  | Phone Number / Fax Number |

1  **ERICA K. ZUNKEL**
   California State Bar No. 229285
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: erica_zunkel@fd.org

5  Attorneys for Samuel Coronado

6

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10                    **(HONORABLE PETER C. LEWIS)**

11 | UNITED STATES OF AMERICA,        )  Case No. 08mj8752
                                     )
12 |         Plaintiff,               )
                                     )
13 | v.                               )  **CERTIFICATE OF SERVICE**
                                     )
14 | SAMUEL CORONADO,                 )
                                     )
15 |         Defendant.               )
   |_____)
16

17         Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her

18 information and belief, and that a copy of the foregoing document has been served this day upon:

19                              U.S. Attorney CR
                              Efile.dkt.gc2@usdoj.gov
20

21                                          Respectfully submitted,

22

23 DATED:        August 21, 2008              /s/ Erica K. Zunkel
                                              **ERICA K. ZUNKEL**
24                                            Federal Defenders of San Diego, Inc.
                                              Attorneys for Samuel Coronado
25

26

27

28